# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:09CR452** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **EDWIN CHAMUL,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter came before the court upon motion under seal by the United States seeking leave of the Court to disclose grand jury material to opposing counsel in preparation for trial. ([Filing No. 29](#)). The Court being fully advised in the premises finds that the motion should be granted.

**IT IS ORDERED:**

Counsel for the United States shall be and hereby is authorized to disclose the grand jury testimony of Special Agent Larry Sattley to counsel for the defendant before said witnesses testify at trial.

DATED this 26th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
U.S. Magistrate Judge