IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:09CR452 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| EDWIN JAVIER CHAMUL, | |
| Defendant. | |

This matter is before the court on defendant's motion to reduce sentence, Filing No. 71. The court has reviewed the record and the motion is denied for the reasons set forth in the memorandum and order, Filing No. 55, and the judgment, Filing No. 56, and as affirmed by the 8th Circuit Court of Appeals, Filing Nos. 65-70. Accordingly,

IT IS ORDERED THAT defendant's motion to reduce sentence, Filing No. 71, is denied.

Dated this 23rd day of March, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge