IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR452 |
| vs. | |
| EDWIN JAVIER CHAMUL, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's notice of appeal, motion for leave to appeal in forma pauperis and motion for relief from judgment, Filing Nos. 73, 74, and 75. The motion for relief from judgment will be denied for the reasons set forth in the Memorandum and Order, Filing No. 55 and the Judgment, Filing No. 56. The motion for leave to appeal in forma pauperis will be denied as the appeal is without merit.

IT IS THEREFORE ORDERED that:

1. The motion for relief from judgment, Filing No. 75 is denied.

2. The motion for leave to appeal in forma pauperis Filing No. 74 is denied as the appeal is without merit.

3. The Clerk of court shall provide the Court of Appeals a copy of this Order.

Dated this 15th day of April, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge