IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR452 |
| vs. | JUDGMENT |
| EDWIN JAVIER CHAMUL, | |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date, defendant's action pursuant to 28 U.S.C. § 2255 is dismissed.

Dated this 22nd day of August, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge