IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR452 |
| vs. | |
| EDWIN JAVIER CHAMUL, | ORDER |
| Defendant. | |

This matter is before the Court on defendant's notice of appeal, Filing No. 87, and motion to proceed informa pauperis on appeal, Filing No. 88. Defendant has attempted to file multiple filings regarding his 28 U.S.C. § 2255 motions and has lost on each occasion, both with this Court and with the Eighth Circuit Court of Appeals. See Filing Nos. 51 through 86. Most recently, this Court denied his motion pursuant to § 2255 as both successive and without merit. Filing No. 85 and Filing No. 86. For these reasons, the Court finds defendant's motion to proceed in forma paupers on appeal is without merit as set forth in Filing No. 85 and Filing No. 86.

THEREFORE, IT IS ORDERED THAT defendant's motion to proceed in forma paupers on appeal, Filing No. 88, is denied.

Dated this 3rd day of October, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge