IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR452 |
| vs. | |
| EDWIN JAVIER CHAMUL, | ORDER |
| Defendant. | |

This matter is before the court on defendant's notice of appeal, Filing No. 87, regarding the memorandum and order, Filing No. 85, and judgment, Filing No. 86, dismissing his motion to vacate under 28 U.S.C. 2255, Filing No. 84. After review of the record, for the same reasons as set forth in Filing Nos. 55, 58, 80-83, 85, and 89, a certificate of appealability will not issue.

Dated this 4th day of October, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge